08-21-00057-CV

**Debora Lee, CSR, RPR**
Official Court Reporter
County Court at Law Number Three
500 E. San Antonio, Room 1001
El Paso, Texas 79901
*delee@epcounty.com*
(915) 546-2183

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
10/29/2021 1:06:12 PM
ELIZABETH G. FLORES
Clerk

October 29, 2021

Ms. Elizabeth Flores, Clerk
Court of Appeals
Eighth District of Texas
500 E. San Antonio Avenue, Suite 1203
El Paso, Texas 79901-2408
(VIA TAMES Portal filing)

   In Re: Court of Appeals Number: 08-21-00057-CV
       Trial Court Case Number: 2019DCV3303
       Kenneth K. McKeough v. Camelot Townhomes Association, Inc.

Dear Ms. Flores:

  The record in the above case is due October 31, 2021. As no reporter's record has been requested to be filed under this cause number to date by Counsel or Parties and no financial arrangements have been made to do so, I do not anticipate filing one.

  Thank you for your consideration

          Respectfully submitted,


          /s/ Debora L. Lee_____
          Official Court Reporter
          County Court at Law No. 3